UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIOVANNI ALEJANDRO NUNEZ,<br><br>    Defendant. | )<br>)  CASE NO. MJ 19-580<br>)<br>)<br>)<br>)  DETENTION ORDER<br>)<br>)<br>) |

<u>Offense charged</u>:    Possession of Controlled Substance with Intent to Distribute

<u>Date of Detention Hearing</u>:    December 10, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by complaint with possessing with intent to distribute pills containing fentanyl, a controlled substance.   It is alleged that the distribution of these pills led

DETENTION ORDER
PAGE -1

to the death of a victim in Whatcom County. Related charges have also been brought in state court against defendant, and bail has been set in an amount that defendant, though his attorney, represents that he would not be able to meet. Therefore, the question of release is essentially moot, as defendant would be transferred to state custody if not detained by this Court. Defendant does not contest detention.

2.   Defendant poses a risk of nonappearance based some failures to appear in another matter, an active warrant, family ties to Mexico, substance use and lack of employment. Defendant poses a risk of danger based on the nature and circumstances of the offense, and substance use.

3.   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 10th day of December, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3