The Honorable Michelle L. Peterson

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,      NO. MJ19-580 MAT

11          Plaintiff,             [PROPOSED] DISCOVERY

12                                 PROTECTIVE ORDER

13          v.

14  JIOVANNI NUNEZ,

15                                 Noting Date: March 16, 2020

16          Defendant.

17

    The Court has considered the parties' stipulated motion for a discovery protective
18
order. The Court finds that there is a proper basis to issue a discovery protective order
19
given the privacy concerns regarding the production and disclosure of the cell phone
20
contents. Accordingly, it is ordered that: (1) Mr. Nunez is free to possess and review a
21
copy of the contents downloaded from his own cell phones; but (2) the disclosure and
22
production of the contents downloaded from other individuals' cell phones is limited to
23
Mr. Nunez's counsel and the defense team, except that Mr. Nunez may possess and/or
24
review with his
25  //
26  //
27  //
28

STIPULATED MOTION FOR PROTECTIVE ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:19-mj-00560-MAT   Document 17-1   Filed 03/16/20   Page 2 of 2

1  counsel certain parts of the contents downloaded from other individuals' cell phones

2  upon the parties' agreement that such disclosure is appropriate.  In the event the parties

3  cannot reach agreement on whether particular parts of the contents of other individuals'

4  cell phones should be exempted from the protective order, defense counsel can raise the

5  issue with the Court by way of a motion.

7  DATED this _24th_ day of March, 2020.

11  MICHELLE L. PETERSON
    United States Magistrate Judge

14  Presented by:

16  /s/ Seungjae Lee
    SEUNGJAE LEE
17  Assistant United States Attorney

STIPULATED MOTION FOR PROTECTIVE ORDER - 2