The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIOVANNI NUNEZ, <br><br> Defendant. | No. CR20-097 RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONDUCT REMOTE PLEA HEARING |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by video conferencing and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice. Therefore, the Court GRANTS the motion and orders the parties to schedule a video-conferenced plea hearing.

DONE this 24th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Christopher Black
Christopher Black
Attorney for Jiovanni Nunez